No. 93–757. CLAUSEN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–758. RITTER ET AL. *v.* ROSS ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–760. BORJA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–763. MCKETHAN *v.* TEXAS FARM BUREAU ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–765. BELIZE TRADING, LTD., ET AL. *v.* EL PIRATA DEL CARIBE, S. A., ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–766. RYTMAN ET AL. *v.* KOFKOFF EGG FARM LIMITED PARTNERSHIP ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–770. EDENSO *v.* HAIDA CORP. C. A. 9th Cir. Certiorari denied.

No. 93–773. PRICE ET AL. *v.* FCC NATIONAL BANK. C. A. 7th Cir. Certiorari denied.

No. 93–774. GREEN *v.* PRIMERICA DISABILITY INCOME PLAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–775. GEORGE, AKA PROCHAZKA *v.* ZLOTOFF ET UX. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–776. ADOLPH *v.* LEHMAN BROTHERS KUHN LOEB, INC. C. A. 9th Cir. Certiorari denied.

No. 93–777. CHAPDELAINE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–781. SINKFIELD ET AL. *v.* WESCH ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–787. CLEVELAND SURGI-CENTER, INC., ET AL. *v.* JONES ET AL. C. A. 6th Cir. Certiorari denied.